| AO-10 Rev. 1/2004 | **FINANCIAL DISCLOSURE REPORT** Calendar Year 2003 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (Last name, First name, Middle initial) O'Brien, Terrence L | 2. Court or Organization Tenth Circuit | 3. Date of Report 4/27/2004 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time) U.S. Circuit Judge - Active | 5. ReportType (check appropriate type) ○ Nomination. Date 9/4/2001 ○ Initial ● Annual ○ Final | 6. Reporting Period 1/1/2003 to 12/31/2003 |
| 7. Chambers or Office Address U.S. Court of Appeals 2120 Capitol Ave., Room 2212 Cheyenne, WY 82001 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☑ **NONE** - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |

RECEIVED 2004 APR 28 P 12: 21 FINANCIAL DISCLOSURE OFFICE

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☐ **NONE** - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 2002 | State of Wyoming Judicial Retirement |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☐ **NONE** - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2003 | State of Wyoming - Judicial Retirement | 23,836.04 |
| 2. | | | |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ **NONE** - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | | |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☐ **NONE** - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. Law Clerks - Nick Deegan, Jason Conder, Rana Lehr Lehnardt, Kristeen Hand, ($50.00 each) | Cuff Links - Estimated Value | $200 |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☐ **NONE** - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Chase Manhattan Mortgage Corporation | Mortgage on Park City, Utah Rental Property | M |

| Name of Person Reporting | Date of Report |
|---|---|
| O'Brien, Terrence L | 4/27/2004 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Rental Property, Park City, UT 1/29/1999 - $195,000.00 | E | Rent | M | R | | | | | |
| 2. IRA#1 Nationwide Templeton Foreign Fund | A | Distribution | K | T | | | | | |
| 3. Artisan Mid Cap ARTMX | A | Dividend | J | T | | | | | |
| 4. Berger Mid Cap Value Fund BEMVX | A | Dividend | J | T | | | | | |
| 5. IRA #1 Nationwide American Century Ultra | A | Distribution | K | T | | | | | |
| 6. IRA #1 Dreyfus Money Market Reserves | A | Distribution | J | T | | | | | |
| 7. IRA#2 AMZN | A | Dividend | J | T | | | | | |
| 8. IRA#2 IMN | A | Dividend | J | T | | | | | |
| 9. IRA #2 MCRL | A | Dividend | J | T | | | | | |
| 10. IRA#2 MSFT | A | Dividend | J | T | | | | | |
| 11. IRA #2 MMM | A | Dividend | J | T | | | | | |
| 12. IRA #2 NSM | A | Dividend | J | T | | | | | |
| 13. IRA #2 SLR | A | Dividend | J | T | | | | | |
| 14. IRA #2 CVX | A | Dividend | J | T | | | | | |
| 15. IRA#2 TYC | A | Dividend | J | T | | | | | |
| 16. A | A | Dividend | J | T | | | | | |
| 17. AMK | A | Dividend | J | T | | | | | |
| 18. BGEN | A | Dividend | J | T | | | | | |

1. Income/Gain Codes: A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
   (See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
   (See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000
3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
   (See Column C2)   U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| O'Brien, Terrence L | 4/27/2004 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 19. BMY | A | Dividend | J | T | | | | | |
| 20. CSCO | A | Dividend | J | T | | | | | |
| 21. CAG | A | Dividend | J | T | | | | | |
| 22. DPH | A | Dividend | J | T | | | | | |
| 23. FDX | A | Dividend | J | T | | | | | |
| 24. QE | A | Dividend | J | T | | | | | |
| 25. GLW | A | Dividend | J | | | | | | |
| 26. GM | A | Dividend | J | T | | | | | |
| 27. G | A | Dividend | J | T | | | | | |
| 28. GT | A | Dividend | J | T | | | | | |
| 29. HPQ | A | Dividend | J | T | | | | | |
| 30. INTC | A | Dividend | K | T | | | | | |
| 31. MSFT | A | Dividend | K | T | | | | | |
| 32. MIPSB | A | Dividend | J | T | | | | | |
| 33. RTNA | A | Dividend | J | T | | | | | |
| 34. TMX | A | Dividend | J | T | | | | | |
| 35. WMB | A | Dividend | J | T | | | | | |
| 36. WCGRQ (wrote off - worthless) | A | Dividend | J | T | Write Off | 1/1 | J | A | Worthless |

1. Income/Gain Codes: A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
(See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes: J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000
3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
(See Column C2)   U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| O'Brien, Terrence L | 4/27/2004 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div, rent or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 37. ZMH | A | Dividend | J | T | Sold | 3/17 | J | B | |
| 38. WPJGX | A | Dividend | J | T | | | | | |
| 39. WWIFX | A | Dividend | J | T | | | | | |
| 40. CMFUZ | A | Interest | J | T | | | | | |
| 41. T Rowe Price Science Fund PRSCX | A | Dividend | J | T | | | | | |
| 42. MS Growth Fund B GRTBX | A | Distribution | K | T | | | | | |
| 43. MS Information Fund B IFOBX | A | Dividend | J | T | | | | | |
| 44. MS Capital Opportunity Trust CPOBX | A | Distribution | J | T | | | | | |
| 45. Morgan Stanley Pacific Growth Fund B TGRBX | A | Distribution | J | T | | | | | |
| 46. A (Fidelity) | A | Dividend | J | T | | | | | |
| 47. BRKB | A | Dividend | J | T | | | | | |
| 48. BKH | A | Dividend | K | T | | | | | |
| 49. HDI | A | Dividend | K | T | | | | | |
| 50. MRK | A | Dividend | J | T | | | | | |
| 51. MHS | A | Dividend | J | T | Spin Off | 8/20 | J | A | MRK |
| 52. MSFT (Fidelity) | A | Dividend | J | T | | | | | |
| 53. MOT | A | Dividend | J | T | | | | | |
| 54. SPI | A | Dividend | J | T | | | | | |

1. Income/Gain Codes: A = $1,000 or less  B = $1,001-$2,500  C = $2,501-$5,000  D = $5,001-$15,000  E = $15,001-$50,000
(See Columns B1 and D4)  F = $50,001-$100,000  G = $100,001-$1,000,000  H1 = $1,000,001-$5,000,000  H2 = More than $5,000,000
2. Value Codes:  J = $15,000 or less  K = $15,001-$50,000  L = $50,001-$100,000  M = $100,001-$250,000
(See Columns C1 and D3)  N = $250,000-$500,000  O = $500,001-$1,000,000  P1 = $1,000,001-$5,000,000  P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000  P4 = More than $50,000,000
3. Value Method Codes  Q = Appraisal  R = Cost (Real Estate Only)  S = Assessment  T = Cash/Market
(See Column C2)  U = Book Value  V = Other  W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| O'Brien, Terrence L | 4/27/2004 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div, rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 55. TXN | A | Dividend | J | T | | | | | |
| 56. YUM | A | Dividend | J | T | | | | | |
| 57. WFC | A | Dividend | J | T | | | | | |
| 58. FCNTX | A | Dividend | J | T | | | | | |
| 59. FHIGX | A | Dividend | L | T | | | | | |
| 60. FMAGX | A | Dividend | M | T | | | | | |
| 61. FTEXX | A | Interest | K | T | | | | | |
| 62. Indiana State Def Fin auth Wtr Fac Am Water Project Bonds | A | Interest | J | T | | | | | |
| 63. PTHAX (Not PTXAH) Transposed Letters Last Year | A | Interest | J | T | | | | | |
| 64. VKMHX (Not VKMXH) Transposed Letters Last Year | A | Interest | J | T | | | | | |
| 65. E D Jones Cash & Money Mkt | A | Interest | J | T | | | | | |
| 66. PFL Annuity #1 | A | Interest | J | T | | | | | |
| 67. PFL Annuity #2 | A | Interest | K | T | | | | | |
| 68. PFL Annuity #3 | A | Interest | K | T | | | | | |
| 69. Checking - First Interstate Bank, WY | A | Interest | J | T | | | | | |
| 70. Savings - First Interstate Bank, WY | B | Interest | M | T | | | | | |
| 71. U S Coins | | None | J | T | | | | | |
| 72. U.S. Bonds | A | Interest | J | T | | | | | |

1. Income/Gain Codes: (See Columns B1 and D4)
A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000

2. Value Codes: (See Columns C1 and D3)
J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000   P4 = More than $50,000,000

3. Value Method Codes: (See Column C2)
Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
U = Book Value   V = Other   W = Estimated

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report.)

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in complia███████████████████████████████████████████████████ S.C. § 7353 and Judicial Conference regulations.

Signa███████████████████████████████████████████ Date April 27, 2004

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. App., § 104.)

### FILING INSTRUCTIONS:

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the
United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544